RECEIVED
2011 JUN 28  P 3: 11
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
N.D. CA. SAN JOSE

FILED
JUL 1 2 2011
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GYM-MARK, INC. and THE GYMBOREE CORPORATION<br><br>Plaintiff,<br><br>v.<br><br>CLAIRE'S STORES, INC.<br><br>Defendant. | CASE NO. CV-11-01773 SBA<br><br>~~(Proposed)~~<br>ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

John S. Letchinger, whose business address and telephone number is Wildman, Harrold, Allen & Dixon LLP, 225 West Wacker Dr., Suite 3000, Chicago, IL 60606, 312-201-2698

and who is an active member in good standing of the bar of Illinois having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing Claire's Stores, Inc.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice.* Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 7-11-11

_____
Saundra Brown Armstrong
United States Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GYM-MARK, INC et al, | Case Number: CV11-01773 SBA |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| CLAIRE'S STORES, INC. et al, | |
| Defendant. _____/ | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 14, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

John S. Letchinger
Wildman Harrold Allen & Dixon LLP
225 W. Wacker Drive, Suite 3000
Chicago, IL 60606

Dated: July 14, 2011

Richard W. Wieking, Clerk
By: Jessie Mosley, Deputy Clerk