RECEIVED

2011 JUN 28 P 3: 12

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
N.D. CA SAN JOSE

FILED

JUL 1 2 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GYM-MARK, INC. and THE
GYMBOREE CORPORATION

Plaintiff,

v.

CLAIRE'S STORES, INC.

Defendant.

CASE NO. CV-11-01773 SBA

~~(Proposed)~~
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

Helen I. Odom, whose business address and telephone number is

Wildman, Harrold, Allen & Dixon LLP, 225 West Wacker Dr., Suite 3000, Chicago, IL 60606, 312-201-2268

and who is an active member in good standing of the bar of Illinois

having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing Claire's Stores, Inc.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 7-11-11

Saundra Brown Armstrong
United States Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

GYM-MARK, INC et al,

      Plaintiff,

v.

CLAIRE'S STORES, INC. et al,

      Defendant.
_____/

Case Number: CV11-01773 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 14, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

John S. Letchinger
Wildman Harrold Allen & Dixon LLP
225 W. Wacker Drive, Suite 3000
Chicago, IL 60606

Dated: July 14, 2011

                                  Richard W. Wieking, Clerk
                                  By: Jessie Mosley, Deputy Clerk