1  THOMAS H. ZELLERBACH (SBN 154557)
   tzellerbach@orrick.com
2  KRISTIN S. CORNUELLE (SBN 245728)
   kcornuelle@orrick.com
3  SONIA E. VALDEZ (SBN 274168)
4  svaldez@orrick.com
   ORRICK, HERRINGTON & SUTCLIFFE, LLP
5  1000 Marsh Road
   Menlo Park, CA  94025
6  Telephone:     650-614-7400
7  Facsimile:      650-614-7401

8  Attorneys for Plaintiffs
   GYM-MARK, INC. and THE GYMBOREE CORPORATION
9

10                     UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12                              OAKLAND DIVISION

13

| GYM-MARK, INC., and THE GYMBOREE CORPORATION, | Case No.  CV 11-1773 SBA |
|---|---|
| Plaintiffs, | **STIPULATION AND  ORDER TO DISMISS ALL CLAIMS WITH PREJUDICE** |
| v. | |
| CLAIRE'S STORES, INC., | |
| Defendant. | **Original Complaint Filed:  April 11, 2011** |

21         WHEREAS Plaintiffs Gym-Mark, Inc. and The Gymboree Corporation

22  (collectively "Gymboree") and Defendant Claire's Stores, Inc. ("Claire's"), by and through their

23  respective counsel, agree that they have resolved their dispute and that all claims in this action

24  should be dismissed with prejudice;

25         THEREFORE, Gymboree and Claire's, by and through their respective counsel,

26  stipulate and agree that:

27  ///

28  ///

- 1 -

STIPULATION AND [PROPOSED]
ORDER TO DISMISS WITH PREJ.
CASE NO. CV 11-1773 SBA

C:\Users\J0R\Desktop\Stipulation and Proposed Order of Dismissal.doc

1. All of Gymboree's claims against Claire's are dismissed with prejudice;
2. Each party shall bear its own costs and attorneys' fees.

Dated: _____, 2012        THOMAS H. ZELLERBACH
                                         KRISTIN CORNUELLE
                                         SONIA VALDEZ
                                         ORRICK, HERRINGTON & SUTCLIFFE LLP


                                         _____
                                         Thomas H. Zellerbach

                                         Attorneys for Plaintiffs

                                         GYM-MARK, INC. and
                                         THE GYMBOREE CORPORATION


Dated: _____, 2012        JOHN S. LETCHINGER
                                         CLINTON J. MCCORD

                                         EDWARDS WILDMAN PALMER LLP


                                         By: _____
                                             John S. Letchinger

                                         Attorneys for Defendant
                                         CLAIRE'S STORES, INC.


**ORDER**

On the Stipulation of the Parties and good cause appearing therefor,

IT IS SO ORDERED.

Dated:  4/24/12

                                         _____
                                         The Honorable Saundra Brown Armstrong
                                         United States District Court Judge