THOMAS H. ZELLERBACH (SBN 154557)
tzellerbach@orrick.com
KRISTIN S. CORNUELLE (SBN 245728)
kcornuelle@orrick.com
SONIA E. VALDEZ (SBN 274168)
svaldez@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE, LLP
1000 Marsh Road
Menlo Park, CA  94025
Telephone:     650-614-7400
Facsimile:      650-614-7401

Attorneys for Plaintiffs
GYM-MARK, INC. and THE GYMBOREE CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| GYM-MARK, INC., and THE GYMBOREE CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>CLAIRE'S STORES, INC.,<br><br>Defendant. | Case No.  CV 11-1773 SBA<br><br>**STIPULATION AND  ORDER TO DISMISS ALL CLAIMS WITH PREJUDICE**<br><br>**Original Complaint Filed:  April 11, 2011** |

WHEREAS Plaintiffs Gym-Mark, Inc. and The Gymboree Corporation (collectively "Gymboree") and Defendant Claire's Stores, Inc. ("Claire's"), by and through their respective counsel, agree that they have resolved their dispute and that all claims in this action should be dismissed with prejudice;

THEREFORE, Gymboree and Claire's, by and through their respective counsel, stipulate and agree that:

///

///

1. All of Gymboree's claims against Claire's are dismissed with prejudice;

2. Each party shall bear its own costs and attorneys' fees.

Dated: _____, 2012  THOMAS H. ZELLERBACH
KRISTIN CORNUELLE
SONIA VALDEZ
ORRICK, HERRINGTON & SUTCLIFFE LLP

_____
Thomas H. Zellerbach

Attorneys for Plaintiffs

GYM-MARK, INC. and
THE GYMBOREE CORPORATION

Dated: _____, 2012  JOHN S. LETCHINGER
CLINTON J. MCCORD

EDWARDS WILDMAN PALMER LLP

By: _____
John S. Letchinger

Attorneys for Defendant
CLAIRE'S STORES, INC.

**ORDER**

On the Stipulation of the Parties and good cause appearing therefor,

IT IS SO ORDERED.

Dated:  4/24/12

*Saundra B Armstrong*
The Honorable Saundra Brown Armstrong
United States District Court Judge